DEPARTMENT OF AGRICULTURE V APPLETREE MARKETING, LLC, No. 137552. The motions for leave to file briefs amicus curiae are granted. The application for leave to appeal the September 16, 2008, judgment of the Court of Appeals is granted. The parties shall include among the issues to be briefed: (1) whether the plaintiffs may simultaneously pursue claims against Appletree Marketing, LLC, for alleged violations of the Agricultural Commodities Marketing Act, MCL 290.651 *et seq.*, and for common-law and statutory conversion under MCL 600.2919a; and (2) whether, under the circumstances of this case, the plaintiffs may pursue claims for

common-law and statutory conversion against Appletree's principal, Steven Kropf. Reported below: 280 Mich App 635.